UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIETICIAN RANK et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-02511-SB-PD<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

　　　After approving Plaintiff Quintin Anderson's request to proceed in forma pauperis, the Court on June 2, 2023 ordered Plaintiff to pay an initial partial filing fee of $5.77 within 30 days.  Dkt. No. 7.  Plaintiff has not made the required payment.

　　　Plaintiff is ORDERED to show cause in writing no later than August 23, 2023 why this action should not be dismissed without prejudice for failure to pay the filing fee.  Failure to timely respond will result in dismissal of this case without prejudice.  If Plaintiff pays his partial filing fee of $5.77 on or before August 23, 2023, this order will be automatically vacated, and Plaintiff need not file a response to the order to show cause.


Date: July 26, 2023　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge