UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTEN ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>DIETICIAN RANK et al.,<br><br>    Defendants. | Case No. 2:23-cv-02511-SB-PD<br><br><br>ORDER DISMISSING CASE FOR FAILURE TO PAY INITIAL PARTIAL FILING FEE |

Plaintiff filed a request to proceed without payment of filing fees, which the Court granted on June 2, 2023, ordering Plaintiff to pay a partial initial filing fee of $5.77.  Dkt. No. 7.  On July 5, 2023, the Court ordered Plaintiff to show cause why he had not yet paid the initial partial filing fee.  Dkt. No. 10.  The Court elaborated that the payment on or before August 23, 2023, would result in the order being automatically vacated, but that "failure to timely respond will result in dismissal of this case."  *Id*.  The August 23, 2023, deadline has long passed, and Plaintiff has not yet paid or responded.  The Court therefore dismisses this case in its entirety without prejudice to refiling it.

A final judgment will be entered separately.

IT IS SO ORDERED.

Date: September 19, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge

1