JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTEN ANDERSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DIETICIAN RANK et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-02511-SB-PD<br><br><br>JUDGMENT |

　　　　For the reasons stated in the separate order of dismissal entered this date, Plaintiff Quinten Anderson's claims against Defendants Dietician Rank and Dietician Nguyen are dismissed without prejudice for failure to pay the initial partial filing fee.

　　　　This is a final judgment.

　　　　IT IS SO ORDERED.


Date: September 19, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge